ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Center for Strategic Management | ) ASBCA No. 60580 |
| | ) |
| Under Contract No. N00140-05-D-0012 | ) |

APPEARANCES FOR THE APPELLANT:        Joseph G. Billings, Esq.
                                      Emily A. Higgs, Esq.
                                        Miles & Stockbridge P.C.
                                        Baltimore, MD

APPEARANCES FOR THE GOVERNMENT:       Ronald J. Borro, Esq.
                                        Navy Chief Trial Attorney
                                      Stephanie Beaty, Esq.
                                        Assistant Counsel
                                        Philadelphia, PA

OPINION BY ADMINISTRATIVE JUDGE PROUTY

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7105(b), and the parties' stipulation and agreement that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to the appellant in the amount of $118,000. This amount is inclusive of Contract Disputes Act interest. No other interest shall be paid.

Dated: 22 November 2016

J. REID PROUTY
Administrative Judge
Armed Services Board
of Contract Appeals

I concur                              I concur

MARK N. STEMPLER                      RICHARD SHACKLEFORD
Administrative Judge                  Administrative Judge
Acting Chairman                       Vice Chairman
Armed Services Board                  Armed Services Board
of Contract Appeals                   of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 60580, Appeal of Center for Strategic Management, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals